# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | No. 3:16-CR-106 |
| ) | REEVES/SHIRLEY |
| **LOVELLA SWEENEY** ) | |

## MEMORANDUM AND ORDER

This matter is before the court on the defendant's *pro se* motion for early termination of supervised release [R. 2]. In support of her motion, defendant states that she has completed 23 months of a three-year term of supervised. She now has her own apartment and she is employed at Timken RBS in Mascot, Tennessee. Defendant has regained custody of her sixteen-year old daughter. She has a driver's license and a car. Defendant further states that she has been drug free for four years.

Defendant's probation officer confirms that defendant has completed over half of her term of supervised release. Since beginning her supervised release, defendant has maintained full time employment, has complied with all conditions imposed by the court, and all drug screens have been negative. Defendant has had no compliance issues and appears to be motivated toward positive change. The probation officer does not oppose early termination.

Defendant pled guilty to conspiracy to distribute 500 grams or more of Oxycodone and was sentenced to 37 months imprisonment followed by three years of supervised release in the United States District Court for the Western District of Virginia. The record shows that defendant has completed more than half of her ordered term of supervised release. Defendant moves for

early termination of supervised release pursuant to 18 U.S.C. § 3583(e) which provides:

> The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(6), and (a)(7) –
>
> Terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

18 U.S.C. § 3583(e)(1).

After carefully considering the requirements of the statute, the court finds that the relevant portions of 18 U.S.C. § 3583(a) support an early termination of defendant's supervised release. In support of this determination, the court notes that defendant has completed more than one year of her term of supervised release and that defendant is in compliance with the conditions of her release. In addition, her probation officer does not oppose the motion. Accordingly, because the requirements of 18 U.S.C. § 3583(e)(1) have been satisfied and in light of the lack of any objection by the Probation Office, the court finds defendant's motion for early termination of supervised release well taken, and it is hereby **GRANTED**. Defendant's term of supervised release is **TERMINATED**.

The court commends defendant for her efforts to turn her life around, and wishes her success in her future endeavors.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**